March 12, 1920. Decided April 19, 1920. *Per Curiam.* Affirmed upon the authority of: (1) *United States* v. *Cress,* 243 U. S. 316, 329; *United States* v. *Welch,* 217 U. S. 333, 339; *United States* v. *Grizzard,* 219 U. S. 180, 185.   (2) *St. Louis* v. *Western Union Telegraph Co.,* 148 U. S. 92, 101; *Western Union Telegraph Co.* v. *Richmond,* 224 U. S. 160, 169.   And see *Stockton* v. *Baltimore & New York R. R. Co.,* 32 Fed. Rep. 9.   (3) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Brolan* v. *United States,* 236 U. S. 216, 218; *Sugarman* v. *United States,* 249 U. S. 182, 184.   *Mr. Assistant Attorney General Davis,* with whom *The Solicitor General* and *Mr. Geo. T. Stormont* were on the brief, for the United States.   *Mr. Jackson H. Ralston,* with whom *Mr. George W. Hott* was on the brief, for appellee.

---

No. 263. B. T. BACKUS *v.* NORFOLK SOUTHERN RAILROAD COMPANY.   Error to the Supreme Court of Appeals of the State of Virginia.   Argued March 22, 1920.   Decided April 19, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726.   *Mr. J. Edward Cole,* with whom *Mr. Edward R. Baird, Jr.,* was on the briefs, for plaintiff in error.   *Mr. Jas. G. Martin* for defendant in error.

---

No. 287. F. R. GLASCOCK ET AL. *v.* ELLIS McDANIEL ET AL., MINORS, BY J. O. CRAVENS, GUARDIAN.   Error to the Supreme Court of the State of Oklahoma.   Submitted March 22, 1920.   Decided April 19, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of